# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br>    Plaintiff,<br><br>        v.<br><br>DIGITAL CURRENCY<br>SERVICES, INC., et al.,<br>    Defendants. | CV 20-8986 DSF (AGRx)<br><br>JUDGMENT |

    The Court having granted Defendant Digital Currency Services, Inc.'s motion to dismiss Plaintiff Orlando Garcia's complaint for lack of subject matter jurisdiction,

    IT IS ORDERED AND ADJUDGED that Garcia take nothing and that his claims be dismissed without prejudice to filing in state court.

    IT IS SO ORDERED.

Date: July 12, 2021

                                       Dale S. Fischer
                                       United States District Judge